STATE v. SNIPES

No. 101 PC.

Case below: 54 N.C. App. 192.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.

STATE v. THOMPSON

No. 96 PC.

Case below: 54 N.C. App. 192.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.

THOMAS v. POOLE

No. 95 PC.

Case below: 54 N.C. App. 238.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.

TOWN OF HUDSON v. MARTIN-KAHILL FORD

No. 134 PC.

Case below: 54 N.C. App. 272.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.

WILLIAMS v. RICHARDSON

No. 76 PC.

Case below: 53 N.C. App. 663.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.